

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00719-CV
04-14-00723-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION D.P.**, As a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3187, 2014-MH-3096
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on February 20, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court